RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Facsimile: (702) 382-4800
Attorney for Taylor Fairchild

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:12-cr-00004-APG-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JORDAN GEORGIEVSKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bodgen, United States of Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Richard A. Wright, Esquire, Wright Stanish & Winckler, counsel for Defendant, that the date for the Defendant to file a response to the Government's Sealed Motion to Disqualify Defense Counsel (Docket #928) be extended one (1) week, until March 18, 2015.

This stipulation is entered for the following reasons:

1. On February 25, 2015, the government filed a Sealed Motion to Disqualify Defense Counsel (#928), asking to disqualify Defendant Georgievski's counsel, Richard A. Wright.

2. On February 26, 2015, the Court entered a Minute Order (Docket #929), setting this motion for a hearing on March 30, 2015, at 9:30 a.m.

3. The defendant requires additional time to prepare a response to the Motion to Disqualify Counsel. The Defendant requests until March 18, 2015, which will not delay the scheduled hearing date.

4. The Government agrees to the proposed extension of time, and requests one (1) week, until March 25, 2015, to file any reply.

5. The additional time requested herein in not sought for purposes of delay, but merely to allow counsel for the Defendant adequate time to prepare a response. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Defendant's response deadline.

Dated: March 13, 2015.

| | |
|---|---|
| DANIEL G. BOGDEN<br>UNITED STATES ATTORNEY | WRIGHT STANISH & WINCKLER |
| BY __/s/ Jonathan A. Ophardt__<br>KIMBERLY M. FRAYN<br>ANDREW W. DUNCAN<br>Assistant United States Attorneys<br>JONATHAN A. OPHARDT<br>Trial Attorney<br>333 Las Vegas Boulevard South<br>Suite 5000<br>Las Vegas, NV 89101 | BY __/s/ Richard A. Wright__<br>RICHARD A. WRIGHT, ESQUIRE<br>300 S. Fourth Street<br>Suite 701<br>Las Vegas, NV 89101<br>Attorney for Jordan Georgievski |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the response deadline for Defendant Georgievski to respond to Government's Motion to Disqualify Defense Counsel (Docket #928) is extended until March 18, 2015. The Government's reply, if any, is due within seven (7) days after the filing of the Defendant's Response.

DATED this 16th day of March, 2015.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

3