UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>JORDAN GEORGIEVSKI,<br>            Defendant. | Case No. 2:12-cr-00004-APG-GWF<br><br>**ORDER**<br><br>**Motion for Access to Government Discovery Without Costs - #953** |

This matter is before the Court on Georgievski's Motion for Access to Government Discovery Without Cost (#953) filed March 26, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Georgievski's Motion for Access to Government Discovery Without Cost (#953) is **granted.**

DATED this 30th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge