STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CATHERINE K. DICK
Trial Attorney
United States Department of Justice
Organized Crime and Gang Section
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00004-APG-GWF |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR TRIAL DISCLOSURES |
| JORDAN GEORGIEVSKI, aka "Devica," | |
| Defendant. | |

The United States and defendant Jordan Georgievski, by and through the undersigned, respectfully submits this stipulation and order. There is a trial date set in this case of October 16, 2017. The parties have agreed to exchange expert disclosures and the defendant will provide reciprocal discovery to the government on or before September 22, 2017.

STEVEN W. MYHRE
Acting United States Attorney

Date: September 18, 2017

\_\_\_\_/s/_____
CATHERINE K. DICK
Trial Attorney
United States Department of Justice
Organized Crime and Gang Section

_____/s/_____
RICHARD A. WRIGHT
Counsel for Defendant GEORGIEVSKI

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-cr-00004-APG-GWF |
| Plaintiff, ) | |
| vs. ) | |
| JORDAN GEORGIEVSKI, ) | |
| Defendant. ) | |

## STIPULATED ORDER REGARDING DISCLOSURES

September 18, 2017

Based on the ~~September 22, 2017~~ Stipulation of counsel for the government and counsel for defendant JORDAN GEORGIEVSKI,

IT IS HEREBY ORDERED that the parties shall exchange expert disclosures and the defendant will provide reciprocal discovery to the government on or before September 22, 2017.

Dated: September 19, 2017.

SO ORDERED:

_____
HON. ANDREW P. GORDON
United States District Judge