UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JORDAN GEORGIEVSKI,
    Defendant.

Case No. 2:12-cr-004-APG-GWF

**ORDER TEMPORARILY UNSEALING NOTES**

On 11-15-2017, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a **STATUS CONFERENCE**, in which a portion of the hearing was sealed, held on 10-20-2017, from Richard Wright.

**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Richard Wright.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 30th day of November, 2017.

_____
ANDREW P. GORDON
United States District Judge

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
DEC - 1 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY