# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0004-APG-GWF |
| Plaintiff, | |
| vs. | **ORDER REGARDING DEFENDANT'S MOTION FOR PRODUCTION OF MISSING EVIDENCE AND REQUEST FOR EARLY PRODUCTION** |
| JORDAN GEORGIEVSKI, | |
| Defendant. | |
| | (ECF No. 1490) |

Defendant Jordan Georgievski moves for production of evidence he contends he has not received. He also moves for early production of the Government's exhibit list, exhibits, witness list, and translations.

I hereby order the parties to confer about Georgievski's requests and attempt to resolve them on their own. The Government shall respond to the motion by 3:30 p.m. P.S.T. on Friday, December 15, 2017, addressing whatever issues remain unresolved. After reviewing the Government's response, I will decide whether a hearing is needed before the December 22, 2017 status conference.

DATED this 13th day of December, 2017.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**