# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0004-APG-GWF |
| Plaintiff, | |
| vs. | **ORDER OVERRULING GOVERNMENT'S OBJECTION TO RELEASE ORDER** |
| JORDAN GEORGIEVSKI, | |
| Defendant. | (ECF No. 1494) |

Plaintiff United States of America objects to Magistrate Judge Foley's order (ECF No. 1493) regarding conditions for defendant Jordan Georgievski's pretrial release. ECF No. 1494. Having considered de novo Judge Foley's order and the parties' briefs on the matter,

IT IS ORDERED that the United States of America's objection **(ECF No. 1494) is OVERRULED. Defendant Jordan Georgievski is to be released on the conditions set forth in Judge Foley's December 12, 2017 ruling at ECF No. 1493.**

DATED this 18th day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1