FILED _____ SERVED ON
ENTERED
COUNSEL/PARTIES OF RECORD

DEC 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>JORDAN GEORGIEVSKI,<br>　　　　Defendant. | Case No. 2:12-cr-004-APG-GWF<br><br>**ORDER TEMPORARILY**<br>**UNSEALING NOTES** |

　　　　On 12-14-2017, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on 12-12-2017, from Richard Wright, in which a portion of the hearing was sealed.

　　　　**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Richard Wright.

　　　　**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

　　　　**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

　　　　DATED this 27th day of December, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　George W. Foley, Jr.
　　　　　　　　　　　　　　　　United States Magistrate Judge