# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:12-cr-00004-APG-GWF |
| vs. | |
| JORDAN GEORGIEVSKI, | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant Georgievski's Emergency Motion to Modify Conditions of Temporary Release Bond (ECF No. 1515), filed on December 28, 2017. On December 12, 2017, the Court granted temporary release of the Defendant and permitted Defendant to leave the halfway house at 9:00 a.m. in the company of his attorney to remain at his attorney's office until his return to the halfway house by 4:00 p.m. *See* ECF No. 1493. Defendant requests that he be permitted to leave the halfway house by 7:00 a.m. in the company of his attorney and be permitted to return to the halfway house by 11:00 p.m. or earlier.

The Court modifies Defendant's condition of temporary release to allow Defendant to leave the halfway house by 7:00 a.m. in the company of his attorney. He shall remain at his attorney's office until his return to the halfway house, accompanied by his attorney, by 5:00 p.m. the same day. The Court will consider Defendant's request for additional evening hours once the Government and Pretrial Services have the opportunity to respond to Defendant's motion. The Government and Pretrial Services shall file or submit their responses to Defendant's Emergency Motion to Modify Conditions of Temporary Release Bond (ECF No. 1515) by **12:00 p.m. on Tuesday, January 2, 2018**. Accordingly,

**IT IS HEREBY ORDERED** Defendant Georgievski's Emergency Motion to Modify Conditions of Temporary Release Bond (ECF No. 1515) is **granted**, in part. Defendant is permitted to leave the halfway house by 7:00 a.m. in the company of his attorney. He shall remain at his attorney's office until his return to the halfway house, accompanied by his attorney, by 5:00 p.m. the same day.

**IT IS FURTHER ORDERED** that the Government and Pretrial Services shall file or submit their responses to Defendant's Emergency Motion to Modify Conditions of Temporary Release Bond (ECF No. 1515) by **12:00 p.m. on Tuesday, January 2, 2018**.

DATED this 29th day of December, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge