# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-0004-APG-GWF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER REGARDING GOVERNMENT'S EX PARTE MOTION FOR REVIEW OF JENCKS MATERIAL IN CAMERA** |
| JORDAN GEORGIEVSKI, | ) | |
| Defendant. | ) | (ECF Nos. 1536, 1547) |

The Government filed a sealed, *ex parte* motion requesting in camera review of potential Jencks material. ECF No.1536. One document was attached to the motion. On January 11, 2018, I conducted a sealed hearing with the Government's counsel seeking additional information to aid me in determining what material should be produced to the defendant. ECF No. 1551. I ruled on the record what portions of the document must be disclosed and what may be withheld.

On January 10, 2018, the Government filed a supplement to its motion requesting review of 16 additional documents. ECF No. 1547. Those materials were not submitted sufficiently ahead of the January 11 hearing for me to read them and render a decision at that hearing. I have now reviewed those records and issue the following directions to the Government regarding redactions:

ECF Nos. 1547-1 through 1547-5 and ECF Nos. 1547-7 through 1547-14: My ruling on these documents is the same as I announced regarding the proposed redactions discussed at the January 11 hearing. The proposed redactions are approved except the Government shall unredact and disclose Agent Adams's name, signature block, and background information in paragraph 1.

ECF Nos. 1547-6 and 1547-16: The proposed redactions are approved.

1

ECF No. 1547-15: My ruling on this document is the same as I announced regarding the proposed redactions discussed at the January 11 hearing. The proposed redactions are approved except the Government shall unredact and disclose Agent Adams's name on page 1, his signature block on page 22, and background information in paragraphs 1 and 2 on page 2.

The Government shall produce to the defendant the subject documents, modified as directed herein, within three days of entry of this order.

DATED this 16th day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE