# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORDAN GEORGIEVSKI,

    Defendant.

Case No.: 2:12-cr-00004-APG-GWF

**ORDER**

This matter is before the Court on the Government's Motion to Withdrawal as Counsel (ECF No. 1566), filed on February 28, 2018. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Government's Motion to Withdrawal as Counsel (ECF No. 1566) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Leshia M. Lee-Dixon from the CM/ECF service list in this case.

DATED this 1st day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge